UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COACH, INC. COACH SERVICES, INC.,

Plaintiffs,

-vs-                                                                          Case No. 6:11-cv-797-Orl-18GJK

JUST A BOUN, LLC, a Florida limited liability
company d/b/a JC Cellular, and JUSTIN
BOUNAUITO, individually, CHRISTINA
BOUNAUITO, individually, and RALPH
BOUNAUITO, individually,

Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Entry of Default Judgment and Related Orders (Doc. No. 16). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion for Entry of Default Judgment and Related Orders is **GRANTED** in part and **DENIED** as to Justin Jounauito and Christina Bounauito in light of the bankruptcy stay. Final Default Judgment and Permanent Injunction will be entered by separate order.

It is **SO ORDERED** in Orlando, Florida, this _15_ day of December, 2011.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record